IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-cv-25

| | |
|---|---|
| DANIEL MCCARTHY; and PHILIP SCALZO; <br><br> Plaintiffs, <br><br> v. <br><br> ACTIVE ENERGY GROUP, PLC; LUMBERTON ENERGY HOLDINGS LLC; ADVANCED BIOMASS SOLUTIONS, PLC; and ACTIVE ENERGY RENEWABLE POWER, LLC; <br><br> *Defendants.* | **NOTICE FOR PARTIAL DISMISSAL** |

NOW COME Plaintiffs DANIEL MCCARTHY and PHILIP SCALZO ("**Plaintiffs**"), by and through counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby dismiss their Second Claim for Relief under the North Carolina Wage and Hour Act, N.C.G.S. § 95-25.1, *et seq*. without prejudice against all named defendants. By this Notice, Plaintiffs do not dismissed their First, Third, Fourth, Fifth, and Sixth Claims for Relief against any defendant.

Respectfully submitted this 16th day of August 2021.

        **Williams & Ray, PLLC:**
        *Attorneys for Plaintiffs*

        _____
        Brycen C. Williams
        NC Bar No.: 50253
        Williams & Ray, PLLC
        555 Fayetteville St., Ste. 201
        Raleigh, NC 27601
        Phone: (888) 315-3841
        Fax:   (303) 502-5821
        Email: bw@williamsray.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been duly served on all counsel of record by filing it with the Clerk of the Court using the CM/ECF System.

**Williams & Ray, PLLC:**
*Attorneys for Plaintiffs*

_____
Brycen G. Williams
NC Bar No.: 50253
    Williams & Ray, PLLC
    555 Fayetteville St., Ste. 201
    Raleigh, NC 27601
    Phone: (888) 315-3841
    Fax:    (303) 502-5821
    Email: bw@williamsray.com