IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION No. 7:21-cv-25

| | |
|---|---|
| DANIEL MCCARTHY; and PHILIP SCALZO;<br><br>    *Plaintiffs*,<br><br>        v.<br><br>ACTIVE ENERGY GROUP, PLC;<br>LUMBERTON ENERGY HOLDINGS LLC;<br>ADVANCED BIOMASS SOLUTIONS, PLC;<br>*and* ACTIVE ENERGY RENEWABLE<br>POWER, LLC;<br><br>    *Defendants.* | **NOTICE OF AGREEMENT TO PARTICIPATE IN A SETTLEMENT CONFERENCE** |

In accordance with this Court's Order of December 22, 2021, the undersigned attempted to confer by email on January 7, and received a response by phone on January 12. Pursuant to that response, the parties agree to participate in a settlement conference hosted by United States Magistrate Judge Jones and hereby give notice to this Court of their inclination thereto in relation to the above-entitled cause of action.

                                                **Williams & Ray, PLLC:**
                                                *Attorneys for Plaintiffs*

                                                Brycen G. Williams
                                                NC Bar No.: 50253
                                                    Williams & Ray, PLLC
                                                    555 Fayetteville St., Ste. 201
                                                    Raleigh, NC 27601
                                                    Phone:  (888) 315-3841
                                                    Fax:     (303) 502-5821
                                                    Email:  bw@williamsray.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been duly served on all counsel of record by filing it with the Clerk of the Court using the CM/ECF System.

**Williams & Ray, PLLC:**
*Attorneys for Plaintiffs*

_____
Brycen G. Williams
NC Bar No.: 50253
  Williams & Ray, PLLC
  555 Fayetteville St., Ste. 201
  Raleigh, NC 27601
  Phone:  (888) 315-3841
  Fax:    (303) 502-5821
  Email:  bw@williamsray.com