IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:21-CV-00025-D

| | | |
|---|---|---|
| DANIEL McCARTHY; and PHILIP SCALZO, | : : : | |
| Plaintiffs, | : : | |
| vs. | : : | STATEMENT IDENTIFYING SELECTION OF MEDIATOR |
| ACTIVE ENERGY GROUP, PLC; LUMBERTON ENERGY HOLDINGS, LLC; ADVANCED BIOMASS SOLUTIONS, PLC; and ACTIVE ENERGY RENEWABLE POWER, LLC, | : : : : : : : | |
| Defendants. | : : | |

**NOW COME**, Plaintiffs, Daniel McCarthy and Philip Scalzo, and Defendants, Active Energy Group, PLC, Lumberton Energy Holdings, LLC, Advanced Biomass Solutions, PLC, and Active Energy Renewable Power, LLC, by and through their respective counsel of record, pursuant to Local ADR Rule 101.1c(a), and do hereby file this Statement Identifying Selection of Mediator.

1. The parties have conferred and agree to the selection of Scott C. Hart of Sumrell Sugg, P.A. as mediator in this case; and

2. Mr. Hart has agreed to his selection as mediator in this case.

Respectfully submitted this the 14th day of March 2022.

| | |
|---|---|
| **WILLIAMS & RAY, PLLC** <br> *Attorneys for Plaintiffs* | **SHIPMAN & WRIGHT, LLP** <br> *Attorneys for Defendants* |

By: /s/ Brycen G. Williams
**BRYCEN G. WILLIAMS**
N.C. State Bar No.: 50253
555 Fayetteville Street, Suite 201
Raleigh, North Carolina 27601
Telephone: (888) 315-3841
Facsimile: (303) 502-5821
Email: bw@williamsray.com

By: /s/ Gary K Shipman
**GARY K. SHIPMAN**
N.C. State Bar No.: 9464
575 Military Cutoff Road, Suite 106
Wilmington, North Carolina 28405
Telephone: (910) 762-1990
Facsimile: (910) 762-6752
Email: gshipman@shipmanlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this, the 14th day of March 2022, I electronically filed the foregoing **STATEMENT IDENTIFYING SELECTION OF MEDIATOR** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing the following CM/ECF participants:

Brycen G. Williams
WILLIAMS & RAY, PLLC
555 Fayetteville Street, Suite 201
Raleigh, North Carolina 27601
Email: bw@williamsray.com
*Attorneys for Plaintiffs*

This the 14th day of March 2022.

                                            **SHIPMAN & WRIGHT, LLP**
                                            *Attorneys for Defendants*

                  By:    /s/ Gary K. Shipman
                            **GARY K. SHIPMAN**
                            N.C. State Bar No.: 9464
                            575 Military Cutoff Road, Suite 106
                            Wilmington, NC  28405
                            Telephone: (910) 762-1990
                            Facsimile: (910) 762-6752
                            Email: gshipman@shipmanlaw.com