IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-cv-00025-D

| | |
|---|---|
| DANIEL MCCARTHY; and PHILIP SCALZO,<br><br>*Plaintiffs*,<br><br>v.<br><br>ACTIVE ENERGY GROUP, PLC; LUMBERTON ENERGY HOLDINGS LLC; ADVANCED BIOMASS SOLUTIONS, PLC; and ACTIVE ENERGY RENEWABLE POWER, LLC,<br><br>*Defendants*. | **ENTRY OF DEFAULT** |

THIS CAUSE having come before the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon application by the Plaintiffs DANIEL MCCARTHY and PHILIP SCALZO through a Motion for Entry of Default, it appearing to the Court that the Defendants ACTIVE ENERGY GROUP, PLC, LUMBERTON ENERGY HOLDINGS LLC, ADVANCED BIOMASS SOLUTIONS, PLC, and ACTIVE ENERGY RENEWABLE POWER, LLC are in default for failure to cause new counsel to file a notice of appearance within the time allowed by the Court's 3/29/2024 Order on Motion to Withdraw;

NOW THEREFORE, DEFAULT is hereby entered against Defendants, ACTIVE ENERGY GROUP, PLC, LUMBERTON ENERGY HOLDINGS LLC, ADVANCED BIOMASS SOLUTIONS, PLC, and ACTIVE ENERGY RENEWABLE POWER, LLC.

SO ORDERED. This the 24 day of May, 2024.

JAMES C. DEVER III
United States District Judge