IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-cv-00025-D

| | |
|---|---|
| DANIEL MCCARTHY; and PHILIP SCALZO,<br><br>*Plaintiffs*,<br><br>v.<br><br>ACTIVE ENERGY GROUP, PLC; LUMBERTON ENERGY HOLDINGS LLC; ADVANCED BIOMASS SOLUTIONS, PLC; and ACTIVE ENERGY RENEWABLE POWER, LLC,<br><br>*Defendants*. | **DEFAULT JUDGMENT** |

Default having been entered in this action on May 24, 2024 against Defendants ACTIVE ENERGY GROUP, PLC; LUMBERTON ENERGY HOLDINGS LLC; ADVANCED BIOMASS SOLUTIONS, PLC; and ACTIVE ENERGY RENEWABLE POWER, LLC (collectively, "Defendants"); and the Motion for Default Judgment along with Plaintiffs' declarations, affidavit, and memorandum in support thereof having been filed on June 25, 2024; and the same having been served on the Defendants; and the Defendants not caused entry of appearance of counsel; and all other requirements for entry of default judgment, pursuant to Federal Rule of Civil Procedure of 55 having been certified to by the plaintiffs' counsel; now, therefore:

**IT IS HERE BY ORDERED AND ADJUDGED THAT JUDGMENT** be entered against Defendants jointly and severally and a favor Plaintiffs as follows:

1. Judgment be entered in favor of Daniel McCarthy for $300,536.23, plus interest; and

2. Judgment be entered in favor of Philip Scalzo for $60,116.75, plus interest.

It is so ordered:

This date, June 27, 2024.

_____
The Honorable James C. Dever, III
United States District Court